

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Osiel Jose Alvarez,                              * From the 161st District Court
                                                   of Ector County,
                                                   Trial Court No. B-41,501.

Vs. No. 11-13-00322-CR                           * October 15, 2015

The State of Texas,                              * Memorandum Opinion by Bailey, J.
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect the imposition of a fine in the amount of $10,000. As modified, the judgment adjudicating guilt is affirmed.